ALFRED SCROGGINS V. THE STATE.

No. 9791. Delivered October 21, 1925.

Theft—No Statement of Facts—No Bills of Exception—Indictment Sufficient.

The record is before us without statement of facts or bill of exception, the only question raised is the same as in cause No. 9790 Scroggins v. State, this day decided, in which the indictment is *held* sufficient. No error appearing in the record the cause is affirmed.

Appeal from the County Court at Law No. 1 of Tarrant County. Tried below before the Hon. P. W. Seward, Judge.

Appeal from a conviction of a misdemeanor theft; penalty, one year in the county jail.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant pleaded guilty in County Court at Law No. 1 of Tarrant County to Misdemeanor theft, and his punishment was fixed at one year in the county jail.

The record is before us without statement of facts or bill of exceptions, and the only question raised is the same as in cause No. 9790, Scroggins v. State, this day decided. No error appearing in the record, the judgment is affirmed.

*Affirmed.*